■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARMEAL J. WHITFIELD, Appellant. [925 NYS2d 364]—Appeal from a judgment of the Ontario County Court (Craig J. Doran, J.), rendered April 28, 2009. The judgment convicted defendant, upon his plea of guilty, of burglary in the second degree, crimi-

nal contempt in the first degree, endangering the welfare of a child, attempted criminal possession of a weapon in the second degree and resisting arrest.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Fahey, Carni, Lindley and Gorski, JJ.